UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BEAUSOLEIL and
JUDITH SCHOLL,

     Case No. 18-cv-13139

     Plaintiffs,

     HON. LAURIE J. MICHELSON

v.

     MAG. DAVID R. GRAND

RICK SNYDER, HEIDI
WASHINGTON, KENNETH McKEE,
LLOYD RAPELJE, STEVE RIVARD,
BRUCE CURTIS, SHAWN
BREWER, ANTHONY STEWART,
TONI MOORE, and NORMAN
LAUGHLIN,

     Defendants.

---

| | |
|---|---|
| Deborah L. Gordon (P27058) | Kevin J. O'Dowd (P39383) |
| Elizabeth Marzotto Taylor (P82061) | Kristin M. Heyse (P64353) |
| Deborah Gordon Law | Assistant Attorneys General |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Ste 220 | MI Dept. of Attorney General |
| Bloomfield Hills, MI 48304 | MDOC Division |
| (248) 258-2500 | P.O. Box 30217 |
| dgordon@deborahgordonlaw.com | Lansing, MI 48909 |
| emarzottotaylor@deborahgordonlaw.com | (517) 335-3055 |
| | odowdk@michigan.gov |
| Guy T. Conti (P68889) | heysek@michigan.gov |
| Attorney for Defendant Laughlin | |
| 2045 Hogback Road | |
| Ann Arbor, MI 48105 | |
| (888) 489-3232 | |
| gconti@contilegal.com | |

---

**STIPULATION AND ORDER OF DISMISSAL**

Based upon a resolution between the parties, Plaintiffs and State Defendants (Shawn Brewer, Anthony Stewart and Toni Moore), by counsel, hereby stipulate that this action be dismissed with prejudice as to State Defendants and without costs or attorney fees.

Dated: July 6, 2021           /s/ Deborah L. Gordon (w/consent)___
                              Deborah L. Gordon (P27058)
                              Attorney for Plaintiffs


Dated: July 6, 2021           */s/Kevin J. O'Dowd_____*
                              Kevin J. O'Dowd (P39383)
                              Kristin M. Heyse (P64353)
                              Attorneys for State Defendants

## ORDER

This action is hereby dismissed with prejudice and without costs or fees.

Dated: July 6, 2021

                              s/Laurie J. Michelson_____
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

2